# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CLAUDIA ALMEYDA,<br><br>        Plaintiff,<br><br>vs.<br><br>PREFERRED CARE WEST II, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02829-APG-CWH<br>**ORDER** |

    Before the Court is the Suggestion of Bankruptcy (ECF No. 8).

    Accordingly,

    IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for January 5, 2018 is VACATED.

    DATED this 2nd day of January, 2018.

                                                                    CAM FERENBACH
                                                                    UNITED STATES MAGISTRATE JUDGE